STATE v. WILLIAMS

No. 378P86.

Case below: 81 N.C. App. 158.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 July 1986. Petition by defendant for writ of supersedeas and temporary stay denied 8 July 1986.

STATE v. WORTHAM

No. 289PA86.

Case below: 80 N.C. App. 54.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 2 July 1986.

STEVENS v. SETZER

No. 278P86.

Case below: 80 N.C. App. 338.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 July 1986. Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 2 July 1986.

UZZELL v. INTEGON LIFE INS. CORP.

No. 369P86.

Case below: 78 N.C. App. 458.

Petition by plaintiffs for writ of certiorari to the North Carolina Court of Appeals denied 2 July 1986.

VICK v. VICK

No. 379P86.

Case below: 80 N.C. App. 697.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 July 1986. Petition by defendant for writ of supersedeas and temporary stay denied 2 July 1986.